**FILED**
OCT 3 - 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUDGE JOHNSTON
Magistrate Judge Schneider

UNITED STATES OF AMERICA

v.

JOEL TURNER JR.

Case No. 23 CR 50042

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about September 4, 2023, at Rockford, in the Northern District of Illinois, Western Division,

JOEL TURNER JR.,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded black Springfield XDM Elite, 9mm caliber pistol with serial number BYS587620, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a black Springfield XDM Elite, 9mm caliber pistol with serial number BYS587620 and associated ammunition.

A TRUE BILL

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

2